Petition for Writ of Mandamus Denied and Opinion filed March 13, 2003









Petition for Writ of Mandamus Denied and Opinion filed
March 13, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00253-CV

____________

 

IN RE PERRY KYLES, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On March 3, 2003, relator,
Perry Kyles, filed a petition for writ of mandamus in
this Court.  See Tex. Gov=t. Code Ann. ' 22.221; see also Tex. R. App. P. 52.  In his petition, relator
seeks to compel the judge of the 257th District Court of Harris County to
vacate an order signed December 19, 2002, compelling discovery, denying relator=s discovery, and imposing sanctions.  Relator also filed
a request for emergency relief.

We deny relator=s petition for writ of mandamus and
request for emergency relief.

 

PER CURIAM

 

Petition Denied
and Opinion filed March 13, 2003.

Panel consists of
Chief Justice Brister and Justices Fowler and Edelman.